ERNEST WEISSBERGER v. GAYTIME FROCK COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs,

and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.